Petition for Writ of Mandamus Denied and Memorandum Opinion filed
December 30, 2003












Petition for
Writ of Mandamus Denied and Memorandum Opinion filed December 30, 2003.

 

 

In The

 

Fourteenth Court
of Appeals

____________

 

NO. 14-03-01221-CV

____________

 

IN RE ZAFFIRINI AND CASTILLO, CARLOS M. ZAFFIRINI, SR., and GUADALUPE
CASTILLO, Relators

 

 

______________________________________________________________

 

ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 

______________________________________________________________

 

M E M O R A
N D U M   O P I N I O N

            On October 30, 2003, relators filed a petition for writ of mandamus in this
Court.  See Tex. Gov’t. Code Ann. §
22.221 (Vernon Supp. 2003); see also Tex. R. App. P. 52.  In their petition, relators
ask this Court to direct the Hon. Matthew Reue,
presiding judge of the Washington County Court at Law, to
vacate his October 9,
 2003 order denying their motion to transfer venue. 

            We find no abuse of discretion and
deny relator’s petition for writ of mandamus. 

                                                                                    PER
CURIAM

 

Petition
Denied and Memorandum Opinion filed December 30, 2003.

Panel consists of Chief
Justice Hedges and Justices Anderson and Seymore.